**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PATRICA ANNA WERTENBROCH *and* KULWANT SINGH ATWAL, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § | CASE NO. 2:24-CV-01075-JRG-RSP |
| CLINT HARDEMAN *and* JAN TINSLEY, | § § | |
| *Defendants*. | § § | |

## ORDER

Clint Hardeman and Jan Tinsley (collectively, "Defendants") previously filed a Motion to Dismiss (the "Motion") (Dkt. No. 4.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 10), recommending denial of Defendants' Motion. Defendants have now filed Objections (Dkt. No. 11.)

After conducting a *de novo* review of the briefing on the Motion, the Report and Recommendation, and the briefing on Defendants' Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendants' Objections and **ADOPTS** the Report and Recommendation and orders that the Motion to Dismiss (Dkt. No. 4) is **DENIED**.

**So ORDERED and SIGNED this 16th day of September, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE